UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LOYD POOLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA,<br><br>Defendant. | Case No. 1:21-cv-01805-AWI-BAK<br><br>ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 7) |

     Pursuant to the parties' stipulation (ECF No. 7), IT IS HEREBY ORDERED that the Initial Scheduling Conference currently set for March 22, 2022, is continued to **May 24, 2022 at 11:00 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. To appear telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are reminded to file a joint scheduling report one full week prior to the conference and email a copy of the same, in Word format, to epgorders@uscourts.gov for the Court's review.

///

///

///

///

1

Additionally, if a settlement is reached in this case, the parties are reminded to file a notice of settlement pursuant to Local Rule 160.

IT IS SO ORDERED.

Dated: __March 16, 2022__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE